**Dismissed and Opinion Filed February 24, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00869-CV**

**IN RE DRISTI SHRESTHA, Relator**

**Original Proceeding from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-00728-E**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Goldstein
Opinion by Justice Molberg

Relator's October 2, 2020 petition for writ of mandamus challenges the trial court's decision to abate the underlying lawsuit. Before the Court is relator's motion to dismiss the petition without prejudice on the ground that her request for mandamus relief is moot.

Because this original proceeding is moot, we dismiss the petition.

/Ken Molberg//
KEN MOLBERG
JUSTICE

200869f.p05